**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MATTHEW BLAKE MAYFIELD**                                              **PLAINTIFF**

**v.**                          **Case No. 4:22-cv-00735-LPR**

**AT&T MOBILITY CORPORATION**                                      **DEFENDANT**

## ORDER

Before the Court is Matthew Blake Mayfield's Motion to Proceed *In Forma Pauperis*.[1] "The *in forma pauperis* statute, 28 U.S.C. § 1915, is designed to ensure that indigent persons will have equal access to the judicial system."[2]  Whether an applicant qualifies for IFP status, however, is left to "the sound discretion of the trial court . . . ."[3]  Mr. Mayfield's IFP application reflects that he has a monthly take-home pay of $2,480, and he has $3,000 in savings.[4]  Thus, his earnings and savings do not entitle him to be treated as indigent and excused from paying the $402 filing fee. Mr. Mayfield's Motion to Proceed IFP is DENIED.

Mr. Mayfield has thirty (30) days from the date of this Order to pay the full filing fee of $402.00. If Mr. Mayfield fails to pay the filing fee, his Complaint will be dismissed without prejudice.  Mr. Mayfield is further advised that, once the filing fee is paid, he will be responsible for obtaining service of process on Defendant.

IT IS SO ORDERED this 23rd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 1.

[2] *Lee v. McDonald's Corp.*, 231 F.3d 456, 458 (8th Cir. 2000) (quotation omitted).

[3] *Id.* (quotation omitted).

[4] Doc. 1.