# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MATTHEW MAYFIELD**                                                                    **PLAINTIFF**

**v.**                                       **Case No. 4:22-CV-00735-LPR**

**AT&T MOBILITY CORPORATION**                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on the docket today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of the Defendant on all claims in this case.

IT IS SO ADJUDGED this 17th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE